AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES V. CAESAR MERCEDES NOEL HERNANDEZ | | | | | **EXHIBIT AND WITNESS LIST** <br><br> Case Number:  04-858-MBB |
|---|---|---|---|---|---|
| PRESIDING JUDGE <br> BOWLER | | | PLAINTIFF'S ATTORNEY <br> ROBERT PEABODY | | DEFENDANT'S ATTORNEY <br> M. ANDREWS, P. HORSTMANN |
| TRIAL DATE (S) <br> 7/19/04 | | | COURT REPORTER <br> DIGITAL | | COURTROOM DEPUTY <br> SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|   |   | 7/19/04 |   |   | SP. AGENT CHRISTOPHER DIORIO |
| 1 |   | 7/19/04 | X | X | AFFIDAVIT |
|   |   |   |   |   |   |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages