# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                                CR. NO. 04-10319-WGY

CAESAR MERCEDES
FRANCISCO NAVARRO
NOEL HERNANDEZ

## *NOTICE*

October 19, 2004

**BOWLER, Ch.U.S.M.J.**

     PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 10:45 a.m., Tuesday, October 26, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                        /s/
                                                 **MARIANNE B. BOWLER**
                                                 Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**