UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL
                                                                      NO. 04-10319 -WGY

CEASAR MERCEDES
FRANCISCO NAVARRO
NOEL HERNANDEZ

### INITIAL SCHEDULING ORDER

 YOUNG,C.J.

The above named defendant(s) having been arraigned on 10/27/04 before  BOWLER, USMJ  , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.  The government shall provide automatic discovery by  11/24/04   See   L.R116.1(C).

B.  The defendant shall provide automatic discovery by 11/24/04 .  See LR 116.1(D).

C.  Any discovery request letters shall be sent and filed by  .12/8/04  See LR 116.3 (A) and (H).

D.  Any responses to discovery request letters shall be sent and filed by  .12/22/04 See LR 116.3(A).

E.  An initial status conference in accordance with LR 116.5 will be held on   12/8//04    at   2:00    p.m. in Courtroom No.   18     on the   5    floor.

                                                                      By the Court,

11/3/04                                                               /s/ Elizabeth Smith
_____                                                   _____
        Date                                                                  Deputy Clerk


(Crinsch1.wp - 11/24/98)