```
                                                                  1



 1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10319-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                 *
     UNITED STATES OF AMERICA      *
 6                                 *   PLEAS
     v.                            *
 7                                 *
     CAESAR MERCEDES               *
 8   FRANCISCO NAVARRO             *
                                   *
 9   * * * * * * * * * * * * * * * *

10

11             BEFORE:  The Honorable William G. Young,
                             District Judge
12


13


14


15
     APPEARANCES:
16
               DENISE M. CASPER, Assistant United States
17        Attorney, 1 Courthouse Way, Suite 9200, Boston,
          Massachusetts 02210, on behalf of the Government
18
               MICHAEL C. ANDREWS, ESQ., 21 Custom House
19        Street, Suite 920, Boston, Massachusetts 02110, on
          behalf of Caesar Mercedes
20
               FEDERAL DEFENDER OFFICE (By Catherine K.
21        Byrne, Esq.), 408 Atlantic Avenue, Suite 328,
          Boston, Massachusetts 02210, on behalf of
22        Francisco Navarro


23             SYLVIA ZETTERSTRAND, Court Interpreter

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          January 25, 2005
```