UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Cr. No. 04-10319-WGY |
| ) | |
| **FRANCISCO NAVARRO**    ) | |
| **CAESAR MERCEDES**     ) | |
| Defendants   ) | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARINGS**

The United States, by its attorneys, Michael J. Sullivan, United States Attorney, and William F. Bloomer, Assistant U.S. Attorney, respectfully moves this Court to continue the date of the sentencing hearings in the above-captioned matter from June 2, 2005, to July 20, 21, or 22, 2005, at the Court's convenience.

As grounds for this motion, the government states that the trial date in this matter for Codefendant Noel Hernandez was recently continued from May 9, 2005, to July 5, 2005. Pursuant to a plea agreement on file with this Court, Messrs. Navarro and Mercedes are expected to testify at the trial of Noel Hernandez. Pursuant to Local Rule 7.1, I certify that I have conferred with counsel for Mr. Navarro, Catherine K. Byrne, and counsel for Mr. Mercedes, Michael C. Andrews, who have indicated that they have no objection to this motion.

WHEREFORE, the United States respectfully requests a continuance of the date of the sentencing hearings in the above-

captioned matter to July 20, 21, or 22 2005.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney


By:  /s/William F. Bloomer
     WILLIAM F. BLOOMER
     Assistant U.S. Attorney