UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 04-10319-WGY |
| v. | ) | |
| | ) | |
| **NOEL HERNANDEZ,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take note that David G. Tobin and Nancy Rue, Assistant United States Attorneys for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

                          MICHAEL J. SULLIVAN
                          United States Attorney

        By:   /s/ Nancy Rue
              DAVID G. TOBIN
              NANCY RUE
              Assistant U.S. Attorneys