**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 04-CR-10319-WGY** |
| | ) | |
| **CAESAR MERCEDES, et al.** | ) | |
| **Defendants** | ) | |

### NOTICE OF APPEARANCE

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    */s/ David G. Tobin*
        DAVID G. TOBIN
        Assistant U.S. Attorney
        United States Attorney's Office
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3392

Dated:  June 20, 2005