1              UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MASSACHUSETTS
2
                                    Criminal No.
3                                   04-10319-WGY

4

5

6  * * * * * * * * * * * * * * * * *
                                   *
7  UNITED STATES OF AMERICA        *
                                   *
8  v.                             *   SENTENCING EXCERPT
                                   *
9  CAESAR MERCEDES                 *
                                   *
10  * * * * * * * * * * * * * * * * *

11

12           BEFORE:  The Honorable William G. Young,
                        District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                  1 Courthouse Way
                                    Boston, Massachusetts
25
                                    October  6, 2005

1              **THE CLERK:**  Mr. Caesar Mercedes, taking into

2      account all the factors under 18 United States Code, Section

3      3553, the information from the United States Attorney, your

4      attorney, the probation officer and yourself, this Court

5      sentences you to 20 months in the custody of the United

6      States Attorney General.  The Court imposes upon you no fine

7      due to your inability to pay a fine.  The Court imposes on

8      you a $200 special assessment as required by the law, and a

9      period of supervised release of three years.

10             During the period of your supervised release --

11     excuse me.  If you are deported you are to leave the United

12     States, not to return without the prior permission of the

13     Secretary of the Department of Homeland Security.  You are

14     prohibited from possessing a firearm or other dangerous

15     weapon.

16             Let me explain the sentence to you.  What you did

17     was an extraordinarily serious crime.  I have given you

18     credit for being the least culpable person involved in that

19     crime.  But it was intentional.  It was -- you weren't

20     coerced in any way into doing this crime.  This is a fit and

21     a just sentence.

22             You will get credit toward the service of this

23     sentence from the 13th of July, 2004.  You are notified that

24     you have the right to appeal from any findings or rulings

25     the Court has made against you.  Should you appeal and

1    should your appeal be successful in whole or in part the

2    case will be resentenced before another judge.

3            That's the sentence of the Court.  He's remanded to

4    the custody of the marshals.

5            (Whereupon the matter concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25